Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MICHAEL J. MONROE,
            Plaintiff,

v.

HSA NURSE ADMINISTRATOR JOULIANA,
COUNTY OF ROCKLAND, LIEUTENANT
JOHN BYRON, CAPTAIN J.C. JISKA;
            Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 6807 (VB)

     Plaintiff, proceeding pro se and in forma pauperis, has submitted a "Notice to Amend Complaint," dated December 29, 2020. (Doc. #34). In his "Notice to Amend," plaintiff requests the Court permit him to amend his original complaint to add claims for "retaliation, mental anguish, and backlash from staff." (Id.).

     By January 19, 2021, defendants shall submit a letter response to plaintiff's "Notice to Amend Complaint."

Dated: January 12, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge