Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MICHAEL J. MONROE,
        Plaintiff,

v.

HSA NURSE ADMINISTRATOR JOULIANA,
COUNTY OF ROCKLAND, LIEUTENANT
JOHN BYRON, CAPTAIN J.C. JISKA;
        Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 6807 (VB)

Plaintiff, proceeding pro se and in forma pauperis, has submitted a "Notice to Amend Complaint," dated December 29, 2020. (Doc. #34). In his "Notice to Amend," plaintiff requests the Court permit him to amend his original complaint to add claims for "retaliation, mental anguish, and backlash from staff." (Id.).

Defendants have informed the Court that they do not oppose plaintiff's request. (Doc. #37).

In light of the special solicitude afforded pro se litigants, the Court grants plaintiff's request to amend his original complaint. Plaintiff shall file his amended complaint by **February 22, 2021**, using the amended complaint form mailed to plaintiff on January 12, 2021. The amended complaint will completely replace the complaint. Therefore, plaintiff should include in the amended complaint all information necessary for his claims. However, plaintiff is directed to include in his amended complaint only those facts and documents he believes plausibly support a violation of his constitutional rights.

Defendants shall answer, move, or otherwise respond to the amended complaint by March 24, 2021.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 15, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge