UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MICHAEL J. MONROE,
          Plaintiff,

v.

HSA NURSE ADMINISTRATOR JOULIANA,
COUNTY OF ROCKLAND, LIEUTENANT
JOHN BYRON, CAPTAIN J.C. JISKA;
          Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 6807 (VB)

On January 15, 2021, the Court granted plaintiff's unopposed request for leave to amend his original complaint to add claims for "retaliation, mental anguish, and backlash from staff." (Doc. #38). The Court ordered plaintiff to file his amended complaint ("AC") by February 22, 2021, and stated that defendants' deadline to answer, move, or otherwise respond to the AC is March 24, 2021. (Id.)

On January 26, 2021, plaintiff filed his AC. (Doc. #40). Accordingly, the AC is the operative complaint in this matter and defendants' motion to dismiss (Doc. #16) is **DENIED** as moot without prejudice to refiling.

The Clerk is instructed to terminate the motion. (Doc. #16).

In light of the fact that plaintiff has now filed the AC, defendants' deadline to answer, move, or otherwise respond to the AC is **March 1, 2021**.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 28, 2021
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti, U.S.D.J.