UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL J. MONROE,

                Plaintiff,                      20**CIVIL** 6807 (VB)

      -against-                        **JUDGMENT**

JOULIANA HAS, Nurse Administrator;
LIEUTENANT JOHN BYRON; CAPTAIN
J.C. JISKA; and COUNTY OF ROCKLAND,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 3, 2022, The Court having previously granted defendants' motion to dismiss the complaint, and plaintiff having failed to file a second amended complaint or seek additional time to do so by January 20, 2022, Judgment is entered in defendants' favor; accordingly, this case is closed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**Dated:**  New York, New York
           February 3, 2022

                                                        RUBY J. KRAJICK
                                                          Clerk of Court
                                          **BY:**
                                                          Deputy Clerk